# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMPIRE FIRE AND MARINE INSURANCE COMPANY, | : | Civil No. 3:20-CV-01143 |
| Plaintiff, | : | |
| v. | : | |
| PEDRO LEON, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 5th day of April, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED THAT** this case is dismissed without prejudice for lack of subject matter jurisdiction. The Clerk of Court is directed to close this case.

                                        s/Jennifer P. Wilson
                                        JENNIFER P. WILSON
                                        United States District Court Judge
                                        Middle District of Pennsylvania